**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Art Graphics N Designs, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-2004079** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1337 Taylor Farm Road, Ste. 106** **Virginia Beach, VA 23453** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Virginia Beach Cit** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:    _____

| Debtor | **Art Graphics N Designs, Inc.** | | Case number (*if known*) | |
|--------|----------------------------------|--|---------------------------|--|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|----------|--|------|--|-------------|--|
| District | | When | | Case number | |

| Debtor | Art Graphics N Designs, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency

Contact name

Phone

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Art Graphics N Designs, Inc.**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Art Graphics N Designs, Inc.**
Name                                                                                Case number (*if known*)

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 4, 2023**
                          MM / DD / YYYY

**X /s/ John A. Belcher**                                              **John A. Belcher**
Signature of authorized representative of debtor                      Printed name

Title      **President**

---

**18. Signature of attorney**

**X /s/ Robert V. Roussos**                        Date    **April 4, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert V. Roussos #20629**
Printed name

**Roussos & Barnhart PLC**
Firm name

**1490-5A Quarterpath Road**
**#374**
**Williamsburg, VA 23185**
Number, Street, City, State & ZIP Code

Contact phone      **757-622-9005**          Email address    **roussos@rgblawfirm.com**

**#20629 VA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name      **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  4, 2023**              X **/s/ John A. Belcher**
                                                Signature of individual signing on behalf of debtor

                                                **John A. Belcher**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................   $       0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................   $     340,396.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................   $     340,396.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     136,826.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     271,536.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$     297,877.00

4.  **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b                                                                          $     706,239.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Art Graphics N Designs, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T/Truist** | **Checking** | **5025** | $0.00 |
| 3.2. | **Wells Fargo Bank** | **Checking** | **6003** | $0.00 |
| 3.3. | **Old Point National Bank** | **Checking** | **1207** | $910.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $910.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor    **Art Graphics N Designs, Inc.**
_____
Name

Case number *(If known)* _____

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____ 26,005.00    -    _____ 0.00    = .... _____ $26,005.00
                             face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | $26,005.00 |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials construction materials** | | **$0.00** | | **$30,000.00** |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.    | $30,000.00 |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Art Graphics N Designs, Inc.**                                Case number *(If known)*  _____
          Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** printers, computers, refrigerator, office furniture | $0.00 | | $8,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  | $8,000.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Chevy 3500 Longbed HD Pickup Truck** | $0.00 | | $20,000.00 |
| 47.2. **2013 20' Freedom Trailer car carrier** | $0.00 | | $6,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Art Graphics N Designs, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| See attached list | | $0.00 | | $249,481.00 |
|---|---|---|---|---|

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   $275,481.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial Lease with RTA Taylor Farm, LLC for 1337 Taylor Farm Road** | | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.



| | | | | |
|---|---|---|---|---|
| 1 | 6" Tool post grinter | in shop | 125⁰⁰ |
| 1 | 24" Teensmith slip rolls | in shop | $500⁰⁰ |
| $6,000⁰⁰ 1 | 5' x 5' x 20 foot Blasting Cabinet with 2 NOVA Hoods and Air breathing Filter slip / 300lb Schmit Blaster | | |
| 250⁰⁰ 1 | 24" x 40" Steel work Table | shop | |
| $125⁰⁰ 1 | 40" x 72" steel work table | shop | |
| $85⁰⁰ 1 | 12" Dua Bench glunder with Cabinet | | |
| $11,001⁰⁰ 1 | 40 HP Comp Air Compressor with Dryer | | |
| $2500⁰⁰ 1 | 12' Future Cure Spray wall with Motor | | |
| $255⁰⁰ 3 | makita Drill / Imprato Battery Kits | | |
| 100⁰⁰ 1 | 14" Cold saw Dewalt | | |
| $6,400⁰⁰ 1 | 16" Baileigh Cold saw wat colled | | |
| $18,000⁰⁰ 1 | 4000 lb Yale Battery fork lift with Charger | | |
| $18,000⁰⁰ 1 | 5 x10' samson Plasma Table with Thermal Dynamics Plasma & Computer & Cabinet & Software Cut 70H6 together | | |
| $3400⁰⁰ 1 | 5 HP Air Compressor | | |
| $28,000⁰⁰ 1 | 12' x8' x5' Wisconsin gas fired oven with watch dog Computer | | |
| 750⁰⁰ 5 | 24" Drayton wall fans 110 volts | | |
| 250⁰⁰ 1 | Srinker / shrekable machine | | |
| 36⁰⁰ 3 | saw horse | | |
| $250⁰⁰ 8 | employee lockers | | |
| 300⁰⁰ 2 | refrigerators | | |
| 525⁰⁰ 3 | 5' x8' x 5' Rolling Powder Racks with hooks | | |

| | | |
|---|---|---|
| $125⁰⁰ | 1 | laser Printer |
| $50⁰⁰ | 2 | office Desk chair |
| $80⁰⁰ | 2 | File Cabinets |
| $250⁰⁰ | 1 | small kitchen Table & 4 chairs |
| $175⁰⁰ | 1 | Time Clock with cards |
| $8,000⁰⁰ | 1 | Shear 8' |
| $46,000⁰⁰ | 1 | Better bender Cnc Press Brake |
| $25,000⁰⁰ | 1 | Pansonic Perform Arc Robot Welding cell |
| $12,000⁰⁰ | 1 | Bertec Dragon 2d Pipe Plasma cutter with 65 plasma & computer & cabinet |
| $8,000⁰⁰ | 1 | 50 Ton Edwards iron worker with cabinet & punches |
| $2,000⁰⁰ | 1 | edge Printer |
| $1500⁰⁰ | 1 | 15" Gerber plotter |
| 150⁰⁰ | 1 | computer |
| $600⁰⁰ | 3 | Optica Flex Power bema Guns |
| $3,000⁰⁰ | 50 | box(s) Powder |
| $35⁰⁰ | 3 | Storage Cabinets |
| $1500⁰⁰ | 1 | 250 Syncrowave Tig mach |
| $4,500⁰⁰ | 1 | 255 Lincon Duel welding Aluninum / steel welder |
| $125⁰⁰ | 1 | drill Press |
| 25⁰⁰ | 2 | MICROwave ovens |
| $24,000⁰⁰ | 1 | Hyd Mech CNC with bundler saw with 20' |
| $1500⁰⁰ | 1 | roller Rack & Alm & steel material |
| $800⁰⁰ | 1 | Tiger stop with hydraulic Table 10 ft |

Debtor    **Art Graphics N Designs, Inc.** _____     Case number *(If known)* _____
       Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Art Graphics N Designs, Inc.**                                          Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $910.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,005.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $275,481.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $340,396.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $340,396.00 |

**Fill in this information to identify the case:**

Debtor name     **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**

**U.S. Small Business Administation**
Creditor's Name

**SBA Disaster Loan Service Center
2 North 20th Street
Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**8203**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See attached list**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$136,826.00**    Column B: **$249,481.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$136,826.00**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |



| | | | |
|---|---|---|---|
| 1 | 6" Tool post grinter | in shop | 125.00 |
| 1 | 24" Teensmith Slip Rolls | in shop | $500.00 |
| $6,000.00 1 | 5' x 5' x 20 foot Blasting Cabinet with 2 NOVA Hoods and Air breathing Filter Slip / 300lb Schmidt Blaster | | |
| 250.00 1 | 24" x 40" Steel work Table | shop | |
| $125.00 1 | 40" x 72" steel work Table | Shop | |
| $85.00 1 | 12" Dia Bench grinder with Cabinet | | |
| $11,000.00 1 | 40 HP Comp Air Compressor with Dryer | | |
| $2500.00 1 | 12' Future Cure Spray wall with Motor | | |
| $255.00 3 | makita Drill / Imprato Battery Kits | | |
| 100.00 1 | 14" Cold saw Dewalt | | |
| $6,400.00 1 | 16" Baileigh Cold Saw water Cooled | | |
| $18,000.00 1 | 4000 lb Yale Battery Fork lift with Charger | | |
| $18,000.00 1 | 5 x 10' Samson Plasma Table with Thermal Dynamics Plasma & Computer & Cabinet & Software Cde 7046 to get | | |
| $3400.00 1 | 8 HP Air Compressor | | |
| $28,000.00 1 | 12' x 8' x 5' Wisconsin gas fired Oven with watch dog Computer | | |
| 750.00 5 | 24" Drayton wall fans 110 volts | | |
| 250.00 1 | Srinker / shrinkable machine | | |
| 36.00 3 | Saw horse | | |
| $250.00 8 | employee lockers | | |
| 300.00 2 | refrigerators | | |
| 525.00 3 | 5' x 8' x 5' Rolling Powder Racks with hooks | | |

| Price | Qty | Item |
|---|---|---|
| $125 | 1 | laser printer |
| $50 | 1 | office Desk chair |
| $80 | 2 | File cupords |
| $250 | 1 | small kitchen Table & 4 chairs |
| $175 | 1 | Time clock with cards |
| $8,000 | 1 | Shear 8' |
| $46,000 | 1 | Better bender Cnc Press Brake |
| $25,000 | 1 | Pansonic Perform Arc Robot Welding cell |
| $12,000 | 1 | Bertec Dragon 20 Pipe Plasma cutter with 65 |
| | | plasma & computer & cabinet |
| $8,000 | 1 | 50 Ton Edwards Iron worker with cabinet |
| | | & punches |
| $2,000 | 1 | edge Printer |
| $1500 | 1 | 15" Gerber plotter |
| $150 | | computer |
| $600 | 3 | Optico Flex Power Gema Guns |
| $3000 | 50 | box(s) Powder |
| $350 | 3 | Storage Cabinets |
| $1500 | 1 | 250 Syncrowave Tig mach |
| $4500 | 1 | 255 Lincon Duel welding Aluminum & steel welder |
| $125 | 1 | drill Press |
| $25 | 2 | Micro wave ovens |
| $24,000 | 1 | Hyd Mech CnC with bundler saw with 20' |
| $1500 | 1 | roller Rack & Alm & steel material |
| $800 | 1 | Tiger stop with hydraulic Table 10 ft |

---

**Fill in this information to identify the case:**

Debtor name    **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**City of Virginia Beach**<br>**V. Leigh Henderson, Treasurer**<br>**2401 Courthouse Drive**<br>**Virginia Beach, VA 23456** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,281.00 | $3,281.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**personal property tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268,255.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**income tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                                                                                        **Amount of claim**

---

| Debtor | **Art Graphics N Designs, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Ahern Rentals Inc.**
c/o Mark A. Kinkorsky, P.C.
1119 W. Southern Avenue, Ste. 200
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,719.00**

**American Express**
P.O. Box 6031
Carol Stream, IL 60197-6031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Arc 3 Gases**
P.O. Box 896866
Charlotte, NC 28289-6866

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **also notify**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,313.00**

**BMG Metals**
950 Masonic Lane
PO Box 7536
Richmond, VA 23231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Dominion Virginia Power**
Bankruptcy Dept
P.O. Box 26543
Richmond, VA 23290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **also notify**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**E.T. Gresham Co. Inc.**
1038 W. 26th Street
Norfolk, VA 23517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,125.00**

**Eastern Metals**
3600 23rd Avenue
Neely, MS 39461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Art Graphics N Designs, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Hartland Construction**
**824 Curtis Sanders Court, Ste. 108**
**Chesapeake, VA 23321**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  open account

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Hoy Construction Inc.**
**3495 Progress Road**
**Norfolk, VA 23502**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  open account

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.10** | **Nonpriority creditor's name and mailing address**
**J.M. Sykes, Inc.**
**610 10th Street**
**Virginia Beach, VA 23451**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  open account

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.11** | **Nonpriority creditor's name and mailing address**
**King Metals**
**P.O. Box 670562**
**Dallas, TX 75267-0562**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  open account

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Legends at The Beach**
**Attn: Shannon Revera**
**3100 Hunters Chase Drive**
**Virginia Beach, VA 23452**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  open account

Is the claim subject to offset? ☑ No ☐ Yes

$6,526.00

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Lowe's**
**P.O. Box 530954**
**Atlanta, GA 30353-0954**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  open account

Is the claim subject to offset? ☑ No ☐ Yes

$1,800.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Lowe's**
**PO Box 530914**
**Atlanta, GA 30353-0914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  also notify

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Art Graphics N Designs, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**McMaster Carr**
**200 New Canton Way**
**Robbinsville Twp, NJ 08691-2343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Norfolk Plumbing, Inc.**
**1111 Boissevain Ave.**
**Norfolk, VA 23507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,149.00**

**RTA Taylor Farm, LLC**
**Red Tail Acquisitions**
**P.O. Box 1055**
**Carmel, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business commercial lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Steel Services, Inc.**
**2300 Ingleside Road**
**Norfolk, VA 23513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sunbelt Rentals Inc.**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sussex Development Corporation**
**109 S. Lynnhaven Road, Ste. 200**
**Virginia Beach, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,044.00**

**Truist**
**214 N. Tryon Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Art Graphics N Designs, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WBR Insurance**<br>**3213 Virginia Beach Blvd.**<br>**Virginia Beach, VA 23451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __insurance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,201.00 |
|---|---|---|---|
| | **Wells Fargo**<br>**P.O. Box 29482**<br>**Phoenix, AZ 85038-8656** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __business loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David M. Zobel, Esquire**<br>**Sykes, Bourdon, Ahern & Levy, P.C.**<br>**4429 Bonney Road, Ste. 500**<br>**Virginia Beach, VA 23462** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 271,536.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 297,877.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 569,413.00 |

**Fill in this information to identify the case:**

Debtor name    **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease - 1337 Taylor Farm Road, Ste. 106, Virginia Beach, VA 23453**<br><br>**RTA Taylor Farm, LLC**<br>**Red Tail Acquisitions, LLC**<br>**P.O. Box 1055**<br>**Carmel, IN 46082** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **John A. Belcher** | **1281 Mossy Oaks Court**<br>**Virginia Beach, VA 23454** | **Internal Revenue Service** | ☐ D _____<br>■ E/F  **2.2**____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Art Graphics N Designs, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $63,090.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $386,421.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $540,327.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Art Graphics N Designs, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Art Graphics N Designs, Inc.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Roussos & Barnhart PLC 1490-5A Quarterpath Road #374 Williamsburg, VA 23185** | **Attorney Fees for document review** | **2/24/23** | **$1,500.00** |
| | Email or website address **roussos@rgblawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Roussos & Barnhart PLC 1490-5A Quarterpath Road #374 Williamsburg, VA 23185** | **Attorney Fees & Costs** | **3/8/23** | **$6,000.00** |
| | Email or website address **roussos@rgblawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

| Debtor | **Art Graphics N Designs, Inc.** | Case number *(if known)* |
|--------|----------------------------------|---------------------------|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|----------------------------|----------------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Art Graphics N Designs, Inc.**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<hr>

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<hr>

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<hr>

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | Art Graphics N Designs, Inc. | Case number *(if known)* | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Daniel W. Hargrave, CPA, PC**<br>**2610 Potters Road, Ste. 204**<br>**Virginia Beach, VA 23452** | **2008 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Daniel W. Hargrave, CPA, PC**<br>**2610 Potters Road, Ste. 204**<br>**Virginia Beach, VA 23452** | **2021 & 2022 - prepared a PPP application and SBA application** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **U.S. Small Business Administation**<br>**SBA Disaster Loan Service Center**<br>**2 North 20th Street**<br>**Birmingham, AL 35203** |
| 26d.2.    **PPP Loan (Quicken)** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John A. Belcher** | **1756 Edgestone Court**<br>**Virginia Beach, VA 23452** | **President** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Art Graphics N Designs, Inc.**                                            Case number *(if known)* _____

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 . **John A. Belcher 1281 Mossy Oaks Court Virginia Beach, VA 23454** | **$21,276.00** | **2022-2023** | **Wages** |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Art Graphics N Designs, Inc.** _____    Case number *(if known)* _____

---

**Part 14:**    **Signature and Declaration**

_____

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  4, 2023** _____

**/s/ John A. Belcher** _____        **John A. Belcher** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            page **8**

## United States Bankruptcy Court
### Eastern District of Virginia

In re __Art Graphics N Designs, Inc.__      Case No. _____

                                                  Debtor(s)      Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $     **6,000.00** |
   | Prior to the filing of this statement I have received | $     **6,000.00** |
   | Balance Due | $     **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other *(specify)*

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other *(specify)*

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Other provisions as needed:
      **Negotiations with secured creditors; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions.  Representation of the debtors in any relief from stay actions.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Specifically excludes services regarding any Objection to Discharge or Complaints to Determine Dischargeability, which will require a separate fee agreement between Debtor and counsel.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April  4, 2023** | **/s/ Robert V. Roussos** |
| *Date* | Robert V. Roussos #20629 |
| | *Signature of Attorney* |
| | |
| | **Roussos & Barnhart PLC** |
| | *Name of Law Firm* |
| | **1490-5A Quarterpath Road** |
| | **#374** |
| | **Williamsburg, VA 23185** |
| | **757-622-9005  Fax: 757-624-9257** |

---

***For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,488</u>***
***(For all Cases Filed on or after 01/01/2021)***

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

_____

*Date*                                                                          *Signature of Attorney*

Ahern Rentals Inc.
c/o Mark A. Kinkorsky, P.C.
1119 W. Southern Avenue, Ste. 200
Mesa, AZ 85210

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

RTA Taylor Farm, LLC
Red Tail Acquisitions, LLC
P.O. Box 1055
Carmel, IN 46082

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

J.M. Sykes, Inc.
610 10th Street
Virginia Beach, VA 23451

Steel Services, Inc.
2300 Ingleside Road
Norfolk, VA 23513

Arc 3 Gases
P.O. Box 896866
Charlotte, NC 28289-6866

John A. Belcher
1281 Mossy Oaks Court
Virginia Beach, VA 23454

Sunbelt Rentals Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

BMG Metals
950 Masonic Lane
PO Box 7536
Richmond, VA 23231

King Metals
P.O. Box 670562
Dallas, TX 75267-0562

Sussex Development Corporation
109 S. Lynnhaven Road, Ste. 200
Virginia Beach, VA 23452

City of Virginia Beach
V. Leigh Henderson, Treasurer
2401 Courthouse Drive
Virginia Beach, VA 23456

Legends at The Beach
Attn: Shannon Revera
3100 Hunters Chase Drive
Virginia Beach, VA 23452

Truist
214 N. Tryon Street
Charlotte, NC 28202

Dominion Virginia Power
Bankruptcy Dept
P.O. Box 26543
Richmond, VA 23290

Lowe's
P.O. Box 530954
Atlanta, GA 30353-0954

U.S. Small Business Administation
SBA Disaster Loan Service Center
2 North 20th Street
Birmingham, AL 35203

E.T. Gresham Co. Inc.
1038 W. 26th Street
Norfolk, VA 23517

Lowe's
PO Box 530914
Atlanta, GA 30353-0914

WBR Insurance
3213 Virginia Beach Blvd.
Virginia Beach, VA 23451

Eastern Metals
3600 23rd Avenue
Neely, MS 39461

McMaster Carr
200 New Canton Way
Robbinsville Twp, NJ 08691-2343

Wells Fargo
P.O. Box 29482
Phoenix, AZ 85038-8656

Hartland Construction
824 Curtis Sanders Court, Ste. 108
Chesapeake, VA 23321

Norfolk Plumbing, Inc.
1111 Boissevain Ave.
Norfolk, VA 23507

David M. Zobel, Esquire
Sykes, Bourdon, Ahern & Levy, P.C
4429 Bonney Road, Ste. 500
Virginia Beach, VA 23462

Hoy Construction Inc.
3495 Progress Road
Norfolk, VA 23502

RTA Taylor Farm, LLC
Red Tail Acquisitions
P.O. Box 1055
Carmel, IN 46082

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Art Graphics N Designs, Inc.** _____   Case No. _____

Debtor(s)    Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Art Graphics N Designs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  4, 2023** _____
Date

/s/ Robert V. Roussos _____
**Robert V. Roussos #20629**
Signature of Attorney or Litigant
Counsel for   **Art Graphics N Designs, Inc.** _____
**Roussos & Barnhart PLC**
**1490-5A Quarterpath Road**
**#374**
**Williamsburg, VA 23185**
**757-622-9005 Fax:757-624-9257**
**roussos@rgblawfirm.com**

## United States Bankruptcy Court
### Eastern District of Virginia

In re   __Art Graphics N Designs, Inc.__        Case No. _____

                            Debtor(s)        Chapter    __7__

# BUSINESS INCOME AND EXPENSES

__FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS__   (NOTE: __ONLY INCLUDE__ information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

     1. Gross Income For 12 Months Prior to Filing:      $      __386,421.00__

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

     2. Gross Monthly Income      $      __0.00__

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

     3. Net Employee Payroll (Other Than Debtor)      $      **0.00**

     4. Payroll Taxes      **0.00**

     5. Unemployment Taxes      **0.00**

     6. Worker's Compensation      **0.00**

     7. Other Taxes      **0.00**

     8. Inventory Purchases (Including raw materials)      **0.00**

     9. Purchase of Feed/Fertilizer/Seed/Spray      **0.00**

     10. Rent (Other than debtor's principal residence)      **0.00**

     11. Utilities      **0.00**

     12. Office Expenses and Supplies      **0.00**

     13. Repairs and Maintenance      **0.00**

     14. Vehicle Expenses      **0.00**

     15. Travel and Entertainment      **0.00**

     16. Equipment Rental and Leases      **0.00**

     17. Legal/Accounting/Other Professional Fees      **0.00**

     18. Insurance      **0.00**

     19. Employee Benefits (e.g., pension, medical, etc.)      **0.00**

     20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

         DESCRIPTION              TOTAL

     21. Other (Specify):

         DESCRIPTION              TOTAL

     22. Total Monthly Expenses (Add items 3-21)      $      **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

     23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)      $      **0.00**

### United States Bankruptcy Court
#### Eastern District of Virginia

In re    **Art Graphics N Designs, Inc.** _____    Case No. _____

                              Debtor(s)    Chapter    **7** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John A. Belcher**, declare under penalty of perjury that I am the **President** of **Art Graphics N Designs, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **4th** day of **April** , 20 **23** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John A. Belcher**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John A. Belcher**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John A. Belcher**, **President** of this Corporation is authorized and directed to employ **Robert V. Roussos #20629**, attorney and the law firm of **Roussos & Barnhart PLC** to represent the corporation in such bankruptcy case."

Date   April 4, 2023 _____    Signed   /s/ John A. Belcher _____
                                                      **John A. Belcher**

Resolution of Board of Directors
of
**Art Graphics N Designs, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John A. Belcher**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **John A. Belcher, President**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **John A. Belcher, President** of this Corporation is authorized and directed to employ **Robert V. Roussos #20629**, attorney and the law firm of **Roussos & Barnhart PLC** to represent the corporation in such bankruptcy case.

Date    April 4, 2023                                  Signed    /s/ John A. Belcher


Date    _____                       Signed    _____